IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Joachim Saunders, | : | |
| Plaintiff | : | Civil Action 2:11-cv00517 |
| v. | : | Judge Marbley |
| Christopher Spencer, *et al.*, | : | Magistrate Judge Abel |
| Defendants | | |
| | : | |

### ORDER

On July 14, 2001, the Court ordered that plaintiff Joachim Saunders show cause why the case should not be dismissed for failure to move for entry of default against defendants. Plaintiff's response to the Show Cause Order fails to address his failure to move for entry of default. Plaintiff has not requested that the Clerk of Court enter default against defendants in the intervening time. Accordingly, defendant Christopher Spencer is DISMISSED from this case for want of prosecution against him.  Rule 41(b), Fed. R. Civ. P.  *See, Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962).  S.D. Ohio Civil Rule 55.1(c). This action continues as to defendant Whitehall Police Department and Detective Grinstetad.

 s/Algenon L. Marbley
Algenon L. Marbley
United States District Judge