IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Joachim Saunders, | : | |
| Plaintiff | : | Civil Action 2:11-cv-0517 |
| v. | : | Judge Marbley |
| Whitehall Police Department, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

## ORDER

Plaintiff Joachim Saunders' March 7, 2012 motion for copies of all documents in this lawsuit (doc. 20) is DENIED. Plaintiff is responsible for maintaining copies of all documents he prepares or that are served on him. If he does not have all the filings, he can come to the Clerk's Office and view the case file on a computer there.

s/Mark R. Abel
United States Magistrate Judge