IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Joachim Saunders, | : | |
| Plaintiff | : | Civil Action 2:11-cv00517 |
| v. | : | Judge Marbley |
| Christopher Spencer, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

**ORDER**

This matter is before the Magistrate Judge on plaintiff Joachim Saunders' February 14, 2012 disposition motion (doc. 18). Plaintiff requests that "all evidence and individuals be reviewed under the laws implied because of investigation tempering and damages to all my personal properties to be restored by the defendants for case settlement." Plaintiff's motion is DENIED. It is simply not clear what plaintiff is requesting of the Court.

Under the provisions of 28 U.S.C. §636(b)(1)(A), Rule 72(a), Fed. R. Civ. P., and Eastern Division Order No. 91-3, pt. F, 5, either party may, within fourteen (14) days after this Order is filed, file and serve on the opposing party a motion for reconsideration by the District Judge.  The motion must specifically designate the Order, or part thereof, in question and the basis for any objection thereto.  The District Judge, upon consideration of the motion, shall set aside any part of this Order found to be clearly erroneous or contrary to law.

s/ Mark R. Abel
United States Magistrate Judge