IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Joachim Saunders, | : | |
| Plaintiff | : | Civil Action 2:11-cv00517 |
| v. | : | Judge Marbley |
| Christopher Spencer, *et al.*, | : | Magistrate Judge Abel |
| Defendants | | |
| | : | |

**ORDER**

Plaintiff Joachim Saunders brings this action alleging violations of his Fourth Amendment rights. This matter is before the Court on defendants Detective Grinstead and the Whitehall Police Department's unopposed July 26, 2012 motion for summary judgment (doc. 25).

When a motion for summary judgment is unopposed, the Court may properly limit its review to the facts relied on by defendant. It has no duty to search the record. *Guarino v. Brookfield Twp.*, 980 F.2d 399, 404-05 and 407 (6th Cir. 1992). If Mr. Saunders has any opposition to defendants' motion for summary judgment, he must file his brief within fourteen (14) days of the date of this Order.

                                                                                    s/Mark R. Abel
                                                                    United States Magistrate Judge